AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Eskridge, Charles R. III | 2. Court or Organization<br><br>U.S. District Court, Southern District of Texas | 3. Date of Report<br><br>05/10/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>Bob Casey Federal Courthouse<br>515 Rusk Street<br>Houston, TX 77002 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Garland R. Walker American Inn of Court |
| 2. | Adjunct Professor of Law | University of Houston Law Center |
| 3. | Judicial Liaison | Federal Bar Association, Southern District of Texas Chapter |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2020 | Quinn Emanuel Defined Benefit, Pension Benefit Guaranty Corporation |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eskridge, Charles R. III | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Houston Law Center (teaching) | $2,000.00 |
| 2. 2020 | Quinn Emanuel Urquhart & Sullivan, LLP (adjustment) | $2,727.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (graphic design and creative consulting) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo Bank Accounts (cash) | A | Interest | M | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. Fidelity Bank Sweep Account (cash) | A | Interest | J | T | | | | | |
| 5. Amazon.com Inc. (AMZN) | | None | K | T | Buy | 03/23/20 | J | | |
| 6. Apple Inc., stock (AAPL) | D | Dividend | P1 | T | Buy (add'l) | 01/24/20 | J | | |
| 7. | | | | | Buy (add'l) | 03/18/20 | K | | |
| 8. Tesla Inc Com (TSLA) | | None | K | T | Buy | 09/08/20 | K | | |
| 9. Account #2 (H) | | | | | | | | | |
| 10. Schwab Premier Bank Sweep Account (cash) | A | Interest | J | T | Open | 01/02/20 | J | | |
| 11. Account #3 (H) | | | | | | | | | |
| 12. Schwab Premier Bank Sweep Account (cash) | A | Interest | K | T | Open | 06/17/20 | K | | |
| 13. Account #4 (H) | | | | | | | | | |
| 14. Schwab Premier Bank Sweep Account (cash) | A | Interest | M | T | | | | | |
| 15. San Angelo TX ISD, bond ▮▮▮▮ | | None | | | Redeemed | 02/15/20 | J | | |
| 16. Leander TX ISD, bond ▮▮▮▮ | | None | | | Redeemed | 08/15/20 | J | | |
| 17. Lewisville TX ISD, bond ▮▮▮▮ | | None | | | Redeemed | 08/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Houston TX Water & Sewer, bond ▬▬▬ | | None | | | Redeemed | 12/01/20 | K | | |
| 19. Galena Park TX ISD, bond ▬▬▬ | | None | J | T | | | | | |
| 20. Mesquite TX ISD, bond ▬▬▬ | | None | K | T | | | | | |
| 21. Houston TX Water & Sewer, bond ▬▬▬ | | None | K | T | | | | | |
| 22. Coppell TX ISD, bond ▬▬▬ | | None | J | T | | | | | |
| 23. Royce City TX ISD, bond ▬▬▬ | | None | K | T | | | | | |
| 24. Sealy TX ISD, bond ▬▬▬ | | None | K | T | | | | | |
| 25. Sherman TX ISD, bond ▬▬▬ | | None | K | T | | | | | |
| 26. Crandall TX ISD, bond ▬▬▬ | | None | K | T | | | | | |
| 27. Leander TX ISD, bond ▬▬▬ | | None | J | T | | | | | |
| 28. Coppell TX ISD, bond ▬▬▬ | | None | J | T | | | | | |
| 29. Abbott Laboratories, stock (ABT) | A | Dividend | L | T | | | | | |
| 30. AbbVie Inc., stock (ABBV) | C | Dividend | L | T | Sold (part) | 03/24/20 | J | | |
| 31. Air Products & Chemicals Inc., stock (APD) | A | Dividend | K | T | | | | | |
| 32. Alphabet Inc. Cl C, stock (GOOG) | | None | M | T | Buy (add'l) | 09/03/20 | K | | |
| 33. Altria Group Inc., stock (MO) | C | Dividend | K | T | | | | | |
| 34. Amazon.com Inc. (AMZN) | | None | L | T | Buy (add'l) | 09/03/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eskridge, Charles R. III | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Express Co., stock (AXP) | A | Dividend | K | T | | | | | |
| 36. Anheuser-Busch InBev S.A. ADR, stock (BUD) | | None | | | Sold | 03/24/20 | J | | |
| 37. Apple Inc., stock (AAPL) | C | Dividend | O | T | Buy (add'l) | 09/03/20 | K | | |
| 38. ASML Holding N.V., stock (ASML) | A | Dividend | L | T | | | | | |
| 39. Automatic Data Processing Inc., stock (ADP) | B | Dividend | L | T | | | | | |
| 40. BlackRock Inc., stock (BLK) | B | Dividend | L | T | | | | | |
| 41. Canadian Pacific Railway Ltd., stock (CP) | A | Dividend | K | T | | | | | |
| 42. Carrier Global Corp (CARR) (X) | A | Dividend | J | T | | | | | |
| 43. Chevron Corp., stock (CVX) | C | Dividend | K | T | | | | | |
| 44. Chubb Ltd., stock (CB) | B | Dividend | K | T | Sold (part) | 03/24/20 | K | | |
| 45. Comcast Corp. Cl A, stock (CMCSA) | B | Dividend | L | T | | | | | |
| 46. ConocoPhillips, stock (COP) | A | Dividend | K | T | | | | | |
| 47. Estee Lauder Cos. Cl A, stock (EL) | A | Dividend | L | T | | | | | |
| 48. Exxon Mobil Corp., stock (XOM) | A | Dividend | | | Sold | 03/24/20 | K | | |
| 49. Facebook Inc. Cl A, stock (FB) | | None | M | T | | | | | |
| 50. Fox Corp. Cl A, stock (FOXA) | A | Dividend | | | Sold | 03/24/20 | J | | |
| 51. Home Depot Inc., stock (HD) | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intercontinental Exchange Inc., stock (ICE) | A | Dividend | L | T | | | | | |
| 53. Intuitive Surgical Inc., stock (ISRG) | | None | | | Sold | 03/24/20 | K | | |
| 54. JPMorgan Chase & Co., stock (JPM) | C | Dividend | L | T | | | | | |
| 55. Johnson & Johnson, stock (JNJ) | B | Dividend | K | T | | | | | |
| 56. Linde PLC, stock (LIN) | A | Dividend | | | Sold | 03/24/20 | K | | |
| 57. Mastercard Inc., stock (MA) | A | Dividend | K | T | Sold (part) | 03/24/20 | J | | |
| 58. McDonald's Corp., stock (MCD) | B | Dividend | L | T | | | | | |
| 59. Microsoft Corp., stock (MSFT) | B | Dividend | M | T | | | | | |
| 60. Mondelez International Inc. Cl A, stock (MDLZ) | A | Dividend | K | T | | | | | |
| 61. Nestle S.A. ADR, stock (NSRGY) | B | Dividend | L | T | | | | | |
| 62. Nike Inc. Cl B, stock (NKE) | A | Dividend | L | T | | | | | |
| 63. Novo Nordisk A/S ADR, stock (NVO) | B | Dividend | L | T | | | | | |
| 64. Otis Worldwide Corp (OTIS) (X) | A | Dividend | J | T | | | | | |
| 65. Palantir Technologies In Cl A (PLTR) | | None | L | T | Buy | 09/30/20 | K | | |
| 66. PepsiCo Inc., stock (PEP) | B | Dividend | L | T | | | | | |
| 67. Philip Morris International Inc., stock (PM) | C | Dividend | L | T | | | | | |
| 68. Roche Holding AG ADR, stock (RHHBY) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. S&P Global Inc., stock (SPGI) | A | Dividend | L | T | | | | | |
| 70. Sherwin-Williams Co., stock (SHW) | A | Dividend | K | T | | | | | |
| 71. Snowflake Inc Cl A (SNOW) | | None | J | T | Buy | 09/17/20 | J | | |
| 72. State Street Corp., stock (STT) | A | Dividend | | | Sold | 03/24/20 | K | | |
| 73. Texas Instruments Inc., stock (TXN) | B | Dividend | M | T | | | | | |
| 74. The Coca-Cola Co., stock (KO) | B | Dividend | L | T | | | | | |
| 75. Total S.A. ADR, stock (TOT) | B | Dividend | J | T | | | | | |
| 76. Union Pacific Corp., stock (UNP) | A | Dividend | K | T | Sold (part) | 03/24/20 | K | | |
| 77. Raytheon Technologies Co (RTX) | A | Dividend | K | T | | | | | |
| 78. UnitedHealth Group Inc., stock (UNH) | A | Dividend | K | T | | | | | |
| 79. Verisk Analytics Inc., stock (VRSK) | A | Dividend | K | T | | | | | |
| 80. VISA Inc. Cl A, stock (V) | A | Dividend | M | T | | | | | |
| 81. Walt Disney Co. (DIS) | A | Dividend | M | T | Sold (part) | 03/24/20 | J | | |
| 82. Zoom Video Communication (ZM) | | None | | | Buy | 03/24/20 | K | | |
| 83. | | | | | Sold | 11/09/20 | L | | |
| 84. Schwab Short Term US, stock (SCHO) | A | Dividend | | | Sold | 04/16/20 | L | | |
| 85. Vanguard S&P 500 ETF (VOO) | C | Dividend | N | T | Buy | 03/24/20 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Doubleline Total Return Bond I (DBLTX) | A | Dividend | M | T | Buy | 10/23/20 | L | | |
| 87. | | | | | Buy (add'l) | 11/02/20 | L | | |
| 88. Vanguard Short Term Corp (VSCSX) | A | Dividend | | | Buy | 04/30/20 | K | | |
| 89. | | | | | Sold | 10/23/20 | K | | |
| 90. Western Asset Corp Bond FD CL I (SIGYX) | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 91. Account #5 (H) | | | | | | | | | |
| 92. Schwab Premier Bank Sweep (cash) | A | Interest | M | T | | | | | |
| 93. Schwab Value Advantage (SWVXX) | B | Interest | N | T | | | | | |
| 94. Merchants Bank O, bond ▉▉▉ | A | Interest | | | Matured | 01/21/20 | M | | |
| 95. Merchants Bank O, bond ▉▉▉ | B | Interest | | | Matured | 04/22/20 | M | | |
| 96. Bank Ozk, bond ▉▉▉ | B | Interest | | | Matured | 07/16/20 | M | | |
| 97. US Treasu Nt 2.625% 7/15/21 ▉▉▉ | | None | M | T | Buy | 09/17/20 | M | | |
| 98. Wells Fargo & Co, bond ▉▉▉ | C | Interest | | | Matured | 11/18/20 | M | | |
| 99. Synovus Bank, bond ▉▉▉ | | None | L | T | Buy | 04/22/20 | L | | |
| 100. Morgan Stanley Pr, bond ▉▉▉ | | None | L | T | Buy | 04/22/20 | L | | |
| 101. Wells Fargo & Co, bond ▉▉▉ | A | Interest | L | T | Buy | 04/22/20 | L | | |
| 102. Goldman Sachs Ban, bond ▉▉▉ | | None | L | T | Buy | 04/22/20 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Account #6 (H) | | | | | | | | | |
| 104. Iowa 529 Total International Stock Portfolio | | None | K | T | | | | | |
| 105. Iowa 529 Total Domestic Stock Index Portfolio | | None | K | T | | | | | |
| 106. Iowa 529 Conservative Growth Portfolio | | None | K | T | | | | | |
| 107. Account #7 (H) | | | | | | | | | |
| 108. Iowa 529 Growth Age-Based Track: Blended Moderate Growth Portfolio | | None | N | T | | | | | |
| 109. Account #8 (H) | | | | | | | | | |
| 110. Iowa 529 Growth Age-Based Track: Blended Growth Portfolio | | None | N | T | | | | | |
| 111. Account #9 (H) | | | | | | | | | |
| 112. BNY Mellon Tax MGD (Growth A) (DTMGX) (Formerly Dreyfus Tax Managed) | A | Dividend | J | T | | | | | |
| 113. BNY Mellon Tax MGD (Growth C) (DPTAX) (Formerly Dreyfus Tax Managed) | A | Dividend | J | T | | | | | |
| 114. First Eagle Overseas A (SGOVX) | A | Dividend | J | T | Buy | 11/06/20 | J | | |
| 115. Account #10 (H) | | | | | | | | | |
| 116. BNY Mellon Tax MGD (Growth A) (DTMGX) | A | Dividend | J | T | | | | | |
| 117. BNY Mellon Tax MGD (Growth C) (DPTAX) (Formerly Dreyfus Tax Managed) | A | Dividend | K | T | | | | | |
| 118. Account #11 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  Apple Inc (AAPL) (X) | A | Dividend | J | T | | | | | |
| 120.  Account #12 (H) | | | | | | | | | |
| 121.  Apple Inc (AAPL) | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 122.  Account #13 (H) | | | | | | | | | |
| 123.  Bitcoin (BTC) | | None | J | T | Buy | 12/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII: Raytheon Technologies Co (RTX) was United Technologies Corp (UTX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles R. Eskridge III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544